# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Ballardo Andres Polanco<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      5:26-mj-1034-PRL<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Dec. 29, 2025 - Feb. 10, 2026__ in the county of __Marion__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity |
| 18 U.S.C. § 1470 | Attempted Transfer of Obscene Material to a Minor |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

HSI Special Agent Jon Bergevin
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: February 10, 2026

*Judge's signature*

City and state: Ocala, Florida     United States Magistrate Judge Philip R. Lammens
*Printed name and title*

STATE OF FLORIDA                    Case No. 5:26-mj-1034-PRL

COUNTY OF MARION

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jon Bergevin, after being duly sworn, depose and state:

1. I am a Special Agent (SA) with the United States Department of Homeland Security (hereinafter DHS), Homeland Security Investigations (hereinafter HSI). I am currently assigned to the HSI office in Gainesville, FL, working in Marion County, in the Middle District of Florida. I have been assigned as a Special Agent since December 2017. Prior to HSI, I was employed as a Special Agent with the New Mexico Attorney General's Office. During this time, I have conducted and assisted with multiple investigations related to the possession, receipt and distribution of child pornography and other offenses involving the exploitation of children. I have attended training at the Federal Law Enforcement Training Center (FLETC). I have also received specific training in the investigation of internet crimes against children. As a special agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. This affidavit is submitted in support of a criminal complaint affidavit charging BALLARDO ANDRES POLANCO with a violation of 18 U.S.C. § 2422(b) (attempted enticement of a minor to engage in sexual

activity) and 18 U.S.C. § 1470 (knowingly transferring or attempting to transfer obscene matter to a minor). As set forth in more detail below, there is probable cause that on or about February 10, 2026, in Marion County, Florida, POLANCO attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity by using a means and facility of interstate commerce (electronic mobile communication device/cellular telephone), in violation of 18 U.S.C.§ 2422(b).

    3.    I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

### RELEVANT STATUTE

    4.    Title 18, United States Code, Section 2422(b) prohibits a person from using a means and facility of interstate or foreign commerce to knowingly attempt to persuade, induce, or entice an individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person could be charged with a criminal offense. It is a crime

under Florida Law to commit Lewd or Lascivious Battery, Fla. Sta. § 800.04(4)(a)(1).

5. Furthermore, Title 18, United States Code, Section 1470 prohibits a person from using a means or facility of interstate or foreign commerce to knowingly transfer, or attempt to transfer, obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years.

## DETAILS OF THE INVESTIGATION

6. HSI SA Jon Bergevin (hereinafter, UC), operated a UC account on the social media platform Reddit and utilized a UC telephone number. The UC posed as a 13-year-old female named Lexi. The UC maintained posts on not safe for work (NSFW) pages on Reddit. The posts did not list the UC's age.

7. On October 19, 2024, a Reddit account with the display name "Reasonable_Dance_693", later identified as POLANCO, sent the UC a private message, "30 m ,attractive nice cock. Tampa I go to Ocala every Tuesday for work and would love to make a new friend." The UC replied, "little forward don't u think??? What do u do 4 work up here?" He then told the UC he was in Ocala and asked if she wanted to meet up. POLANCO sent a picture of his penis. He told the UC his name was Andy. He also stated his

3

name was "Andy p" on Telegram. The UC provided a telephone number to POLANCO and the communication transitioned to text messages.

8. On October 19, 2024, POLANCO messaged the UC from telephone number ending in 4178. He messaged the UC, "Hey it's Andy from Reddit." POLANCO Sent the UC a picture of himself. The UC asked for POLANCO's age. He replied that he was 30 years old. Later in their communication, he would tell the UC he was 23 years old. He then asked the UC how old she was. The UC asked if age mattered to him. He replied that it did and told her, "As long as you legal age ofcourse :)" The UC again asked what legal age was. POLANCO said, "As long as you're 18." He told the UC that if she was 17, he would be comfortable being friends. The UC replied that she was not. The UC did not provide an age and communication ceased.

9. On December 23, 2025, POLANCO messaged the UC: "You could meet me up at the hotel today?" The UC did not immediately respond.

10. On December 29, 2025, the UC responded, and POLANCO stated he sent the message by mistake. The UC replied, "Oh… who else u talkin 2??? hehe." POLANCO asked how the UC was and then told the UC he was trying to meet someone from Offer Up[1]. General communication continued and POLANCO asked for a picture of the UC. The UC sent a

---

[1] Offer Up is a website/application to buy and sell items locally.

4

picture of a young-looking female Marion County Sheriff's Office (MCSO) Detective. POLANCO sent multiple pictures of himself, and the UC commented on his tattoos. He asked if the UC had any tattoos and said she should get one. The UC told POLANCO her mom would not sign off on her getting a tattoo.

11.   POLANCO asked for another picture. The UC sent another picture of the MCSO Detective. POLANCO then asked the UC to prove she was real. He asked for a picture with the UC holding up four fingers. The UC sent a picture of the MCSO Detective holding up four fingers. POLANCO continued to ask the UC to prove that she was real. POLANCO told the UC he lost all his contacts and thought she was a girl from Offer Up. He told the UC he had forgotten how he met her on Reddit.

12.   POLANCO told the UC he was in Ocala pretty often for work. He stated he drove for a furniture company. He told the UC if she was not busy the following day they could finally meet. The UC replied: "my moms off tmrw so i prolly cant :(." He then asked how far she lived from a gas station previously referenced in conversation. He told the UC, "Maybe you can take a walk tomorrow lol." The UC reiterated that her mom would be home. POLANCO stated he didn't want to get her in trouble but said it would be nice to meet the UC.

5

13. General conversation about a potential meeting continued. POLANCO asked the UC how they met. He then said he remembered finding the UC on the NSFW[2] Ocala page. He then asked what the UC had in mind when they met and he told the UC she could be honest. The UC stated that her posts said she was just looking to vibe and chat. POLANCO told the UC he thought she was super cute. The UC told POLANCO that people in school told her she was ugly. She also told POLANCO, "…ur like cute 2 and have awesome tattoos and a beard…" POLANCO asked the UC if she liked older guys with beards. The UC replied that no one her age could grow a beard or get tattoos.

14. The UC asked POLANCO how old he was. This time he stated he was 23. He also told the UC maybe she could give him a kiss when they met. The UC replied that POLANCO was 9 years older than her. He replied, "lol I get that a lot that I look older haha but I don't see it idk." He also asked the UC why she liked older guys. The UC told POLANCO she wasn't really developed and people made fun of her. He asked if the UC would show him, specifically a body pic with clothing on. The UC sent a picture of the MCSO detective. He then asked for the UC to send him a "hot pic" and stated he thought the UC was hot. The UC stated she was not that developed for a 14-

---

[2] NSFW stands for Not Safe For Work

6

year-old. POLANCO replied, "No you look great. Little bodies are super cute." He told the UC she had a nice butt and boobs. POLANCO continued to ask the UC for "hot" and "sexy" pictures of herself.

15. On December 30, 2025, POLANCO messaged the UC, "Hey." The UC did not respond until January 15, 2026, and received no response from POLANCO.

16. On February 5, 2026, POLANCO messaged the UC, "Heyy." He asked the UC who she was and claimed he had lost all of his contacts. The UC asked what he had her saved as. He asked if it was lex. He told the UC he remembered her and said they last spoke about meeting up. The UC said she didn't remember. He mentioned the gas station they previously had talked about as well as a coffee shop. POLANCO also mentioned how the last time the UC said it would have to be a day when her mom was working.

17. POLANCO asked if the UC would be able to see him the following Tuesday (February 10, 2026). The UC asked what he was thinking. POLANCO said he was thinking about chilling and talking and getting to know the UC. The UC replied, "thas all?? Talkin and chillin???? Idk if im gonna skip school for that lol." POLANCO asked the UC what she would want to do. The UC said she could only skip so many times before she got in trouble and noted it would be easier for her to skip school at lunch.

7

POLANCO asked, "What time is your lunch? And well if you want to maybe we can fuck?.. would you skip for that?" The UC replied that she went at like 11:50, and told POLANCO: "i mean i might…" Discussion about what time they would meet continued. POLANCO asked,: "Like 7? Is that good? We can fuck really early and plus I get extra hard in the morning lol." The UC said she had to get on the bus at 6:50. The UC said she would have to skip and mentioned potentially meeting at a coffee shop.

18. The UC again asked POLANCO's age. He told the UC he was 23. The UC said he would be the oldest guy with whom she had ever hung out. POLANCO then asked for the UC's age. The UC replied that she was: "14…. and tiny." POLANCO replied with a message about the size of his penis and then said, "Oh okay and I like tiny!"

19. The UC asked if it was going to be too big. POLANCO told the UC: "lol I would send you a pic buttttt…" POLANCO asked the UC, "Well… if I send it. Will you tell anybody? Or show." The UC replied no and said she didn't want to get in trouble. He asked if the UC would send him a picture back. The UC asked what he would want a picture of. POLANCO replied, "Well I would love a pic of your ass or pussy if you can." The UC asked, "like my pussy?? like my underwear?" He replied, "No without underwear lol I mean I'm about to send you a pic of my hard cock without

8

boxers lol." The UC said: "I promise i'll send u pics… havent decided of what yet." He replied, "You gotta at least send me some pics of your ass without panties lol." The UC replied: "maybe… hehe." POLANCO then sent the UC a sexually explicit picture of his erect penis and testicles. His next message read, "Here you go? You like?"

20. POLANCO then asked if the UC if she had ever "…sucked a cock this big?" POLANCO then sent the same picture of his erect penis and testicles. POLANCO told the UC she could take her time with it when they met up. He stated, "Would love to see your cute face all up on my super hard dick." POLANCO asked if the UC was excited. The UC replied that she was a little scared and excited. POLANCO replied, "I'm glad you are and I'll make sure to bring a condom. Or if you just feel like sucking my hard dick first you can." When the UC expressed concern about getting pregnant. POLANCO replied, "lol that's why there is condoms."

21. POLANCO asked the UC when she had last had sex. After a few messages POLANCO told the UC he was getting hard thinking about it. He told the UC, "Yesss lol I'm imagining your little mouth all on dick as it throbs in your mouth." He told the UC he was parked, texting her, and was thinking about "jacking off" because he was so hard again.

22. The UC sent several images of the MCSO detective. He told the

9

UC she looked like a "delicious snack" and asked for more pictures. He asked if the UC was excited to hear him moan on Tuesday. He told the UC, "Did you think I was ever gonna ask you to skip school so you can fuck me?" The UC replied, "no lol…. never." He asked the UC if she liked it rough. He then asked, "Oh ok and well what do you like? Do you like your pussy being ate out? Or like being fingered?" The next message stated, "So I know when I see you so I can satisfy your wants." Communication about sexual activity continued. The communication for the day ended with POLANCO telling the UC, "We can plan more tomorrow."

    23.    On February 6, 2026, POLANCO asked the UC what time she would be at the coffee shop on Tuesday. Communication about the logistics of meeting continued. POLANCO stated he would be there early, and the UC might have to wait until 7:30 a.m., because he was driving from Clearwater. They discussed the meeting location being in the area of the coffee shop and a motel, which are both located on W. Silver Springs Blvd in Ocala, Florida, within the Middle District of Florida. POLANCO stated he would be in a white box truck with a sliding door in the cabin. POLANCO again brought up oral sex with the UC.

    24.    On Saturday, February 7, 2026, POLANCO messaged the UC "Hey." On Monday, February 9, 2026, POLANCO messaged the UC, "Good

morning." After some general conversation POLANCO asked the UC what time she would be at the coffee shop on Tuesday. POLANCO told the UC he would be there around 7:30, 8:00 at the latest. He told the UC he would park in the back of the hotel and the UC could walk back to meet him there so no one would see her getting inside the truck. The UC asked for a pin so she would know where POLANCO planned to be. He sent the UC a pin to a location at the rear of a motel on W. Silver Springs Blvd in Ocala.

25.     POLANCO told the UC he was nervous about meeting her because he did not want to get in trouble. The UC said she was nervous and expressed concern about her mother finding out. POLANCO replied, "I get you. I'm nervous about that too, but what I'm nervous about is getting in trouble with the police, especially since you're gonna be skipping school." He asked the UC to reassure him that she was real. POLANCO told the UC: "If you can, how can you reassure me? That you are real and that I won't get in trouble.?" POLANCO talked about doing a video call. He then told the UC, "Maybe I can download telegram for you. It can be just a quick call like 10 seconds. That would make me feel so much better if you can do that."

26.     On Monday, February 9, 2026, the UC attempted to contact POLANCO via telephone voice call multiple times. However, no audio was received from POLANCO. He stated via text message that did not to receive

11

audio from the UC. The UC sent a picture of the MCSO Deputy holding a piece of paper with the name "Andy" written on it. POLANCO sent the UC a picture oh himself holding a piece of paper with the name "Lex" written on it.

27. After the pictures were exchanged POLANCO said it made him feel a bit better but that he still felt unsure. The UC replied that if he was "…scared or whatever…" to tell her so she didn't get her hopes up and he didn't show up. He told the UC, "No i really wanna see you trust me. But I wish there was a better way to show ourselves. That's why I would prefer a video so there is no confusion." The UC said she didn't know what was confusing about pictures and told POLANCO she did not want to continue to be accused of being fake. POLANCO told the UC, "No it's fine I just wanna make sure that's all but okay I'm ready for tomorrow if you are /)." The UC replied, "yeh i am … im super sxcited and super nervous."

28. POLANCO told the UC he might be so nervous that his "…dick might need extra help to get hard haha." He told the UC, "We are gonna finally see if you can fit it all in your little mouth." He asked the UC for her favorite position. He told the UC, "And I love being rode so if you want to you can ride my hard dick for me ;)." He asked if the UC had ever done anal and asked if she was willing to try. POLANCO continued to discuss sexual activity with the UC. He asked if the UC liked it slow or hard. POLANCO

said he liked either and told the UC he wanted to pleasure her how she liked it. POLANCO told the UC, "You must be so tight!"

29. On February 10, 2026, the UC messaged POLANCO that she had woken up and said she would text him when she left for the bus. A short time later she messaged POLANCO that she was headed to the coffee shop. POLANCO messaged the UC, "Good morning baby girl." He told the UC that he was still in Clearwater. The UC asked, "how far away is that???? So like we aren't hanging out then or what???" POLANCO stated, "You're gonna hate me." The UC asked why. POLANCO said, "But I'm on my way." The UC again asked why she would hate POLANCO. POLANCO stated, "So my boss didn't let me leave early because he wanted me to do something." The UC asked what that meant. POLANCO replied, "But if you still wanna see me, I'm I'm coming. It's up to you. Let me know." The UC replied, "no its up 2 you…." followed by "u know i do… but like I kno ur like working so i dnt wanna get u in trouble with work or ne thing." POLANCO replied, "Okay I'll go see you cuz I wanna see you baby girl." The UC asked, "r u sure???" POLANCO stated, "Yea as along you wait for me." The UC said she skipped school so she would have to figure out what to do until he got there. The UC also messaged "but ur sure??? I rly dnt want u 2 get in trouble with work or ne thing??" POLANCO stated: "I think I'll be fine plus I really

13

wanna see you."

30. POLANCO told the UC he would be at a predetermined meeting location by 9:30 a.m. The UC asked if POLANCO was still going to get her a brownie. He replied, "I got you lol make sure they sell them as a gas station."

31. At approximately 9:26 a.m., POLANCO told the UC he was close by and asked if the UC was at the coffee shop. The UC asked where he was and if he got her a brownie. POLANCO again asked the UC if she was at the coffee shop.

32. An MCSO deputy observed an individual in a box truck at a gas station next to the predetermined meeting location. The deputy observed the individual enter into the gas station. An HSI SA located inside the gas station observed POLANCO. POLANCO visually matched the selfie photographs previously sent to the UC account. The HSI SA observed POLANCO attempt to purchase a snack cake inside the gas station. He further observed a woman approach POLANCO and purchased it for him when POLANCO's payment method did not work. POLANCO exited the gas station and was subsequently taken into custody by law enforcement. POLANCO had a Hostess "Zingers" brand cake snack on his person as well as a condom in a gold wrapper. POLANCO was also in possession of a cellular telephone. The UC called POLANCO and the phone's display screen showed an incoming call from

"Lex Buddys Apopka Manager or Jodie Buddys Apopka Manager." This confirmed that the cellular telephone in POLANCO's possession was the cellular telephone used to communicate with the UC account.

33.     POLANCO was transported to the sheriff's office for an interview. POLANCO was advised of his constitutional rights, which he freely and voluntarily waived.  During the interview, POLANCO stated he was in Ocala for work picking up appliances. POLANCO stated he was trying to figure out the gas situation related to his gas card at when he was apprehended by law enforcement. POLANCO stated that a woman had purchased him sweets. When asked if he knew why he was there, POLANCO stated it involved text messages. POLANCO stated he was on Reddit a couple months ago. He believed an account messaged him and they started talking. A couple months ago he said they could only be friends. POLANCO stated that he did not want to go through with it, so he was not going to keep messaging. At that point POLANCO advised he no longer wished to talk to law enforcement and the interview was terminated.

## CONCLUSION

34.     Based on the evidence described above, there is probable cause that POLANCO, using a facility and means of interstate commerce, that is the internet and cell phone, did knowingly attempt to persuade, induce, and entice

15

an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, namely, Lewd or Lascivious Battery, a violation of Florida Statute Section 800.04, all in violation of 18 U.S.C. § 2422(b), and attempted to transfer obscene material to an individual who had not attained the age of 16 years, in violation of 18 U.S.C. § 1470.

This concludes my affidavit.

_____
Jon Bergevin
Special Agent
Homeland Security Investigations

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this* 10th *day of February, 2026.*

_____
The Honorable Philip R. Lammens
United States Magistrate Judge